# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PETRUCCELLI INVESTMENTS LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | Case No: 1:23-cv-01313-MN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims, with each party to bear its respective fees and costs.

Dated: July 16, 2024

Respectfully submitted,

  */s/ David T. Crumplar*
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
10 Corporate Circle, Ste. 301
New Castle, DE 19720
Tel: (302) 656-5445
Davy@jcdelaw.com

-and-

Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
305-891-1322
*Attorneys for Plaintiff*

Respectfully submitted,

  */s/ Christopher P. Clemson*
Christopher P. Clemson (No. 6539)
GORDON, FOURNARIS &
MAMMARELLA, P.A.
1925 Lovering Avenue
Wilmington, DE 19806
Tel: (302) 652-2900
cclemson@gfmlaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Christopher P. Clemson
GORDON, FOURNARIS &
MAMMARELLA, P.A.
1925 Lovering Avenue
Wilmington, DE 198
Tel: (302) 652-2900
cclemson@gfmlaw.com

                                     */s/ David T. Crumplar*
                                     David T. Crumplar (#5876)
                                     Jacobs & Crumplar, P.A.